Order issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00681-CV

### CHILDREN'S MEDICAL CENTER OF DALLAS, ET AL., Appellants

### V.

### SHERI DURHAM AND DENISE JENKINS, AS ADMINISTRATOR OF THE ESTATE OF JESSICA HALEY DURHAM, Appellees

## ORDER

The Court has before it appellees/cross appellants' September 11, 2012 second unopposed motion for extension of time to file brief. The Court **GRANTS** the motion and **ORDERS** appellees/cross appellants to file their brief by September 18, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

ELIZABETH LANG-MIERS
JUSTICE